UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN BOWENS                                          CIVIL ACTION

VERSUS                                                NO. 16-16752

CONVERGENT OUTSOURCING, INC.,
a Washington corporation                              SECTION "N" (3)

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The court retains jurisdiction to enforce the compromise agreed upon by the parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 2nd day of November, 2017.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE